AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| American General Life Insurance Company, | ) | 4:18-cv-00021-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrey L. Hyman, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Judgment is entered for plaintiff American General Life Insurance Company and the policy ending in 9971 is null and void. American General shall have no further obligations under the policy.

This action was *(check one)*:

❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who grants American General Life Insurance Company's Motion to Approve Consent Judgment.

                                                                                                Robin L. Blume
                                                                                                CLERK OF COURT

                                                                          By: s/Leah M. Suttles, Deputy Clerk

March 6, 2018